## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**CASE NO.: 16-1370 (CASE CLOSED)**

**DANIEL ASKINS**,

        Plaintiffs,

        v.

**JEFFREY B.  HAGOPIAN**,

        Defendants,

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Daniel Askins (the "Plaintiff" or "Mr. Askins") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on July 26, 2017 granting Defendant's Motion for Judgment as a Matter of Law, denying Plaintiff's Motion for Directed Verdict and Judgment as a Matter of Law (ECF No. 77), and the August 22, 2017 Order Granting Defendant's Motion for Rule 11 Sanctions against Plaintiff (ECF No 81).

Dated:      August 23, 2017              Respectfully Submitted,

                                   **/s/ Mateo Z. Fowler**
                                   Mateo Z. Fowler
                                   State Bar No. 24062726
                                   mateofowler@mzflaw.com
                                   MZF LAW FIRM, PLLC
                                   610 Brazos Street, Ste. 320
                                   Austin, TX 78701
                                   Telephone: (281) 546-5172

                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document has been served on counsel of record via the Court's CM/ECF system.

/s/ **Mateo Z. Fowler**
Mateo Z. Fowler