IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANIEL ASKINS**, <br><br> Plaintiffs, <br><br> v. <br><br> **JEFFREY B. HAGOPIAN**, <br><br> Defendants, | CASE NO.: 16-1370 (CASE CLOSED) |

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Daniel Askins (the "Plaintiff" or "Mr. Askins") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on July 26, 2017 granting Defendant's Motion for Judgment as a Matter of Law, denying Plaintiff's Motion for Directed Verdict and Judgment as a Matter of Law (ECF No. 77), the August 18, 2017 Order Granting Defendant's Motion for Rule 11 Sanctions against Plaintiff (ECF No 80), the August 22, 2017 Corrected Order Granting Defendant's Motion for Rule 11 Sanctions against Plaintiff (ECF No 81), and the September 15, 2017 Order re Bill of Costs.

Dated: September 25, 2017                Respectfully Submitted,

                                         **/s/ Mateo Z. Fowler**
                                         Mateo Z. Fowler
                                         State Bar No. 24062726
                                         mateofowler@mzflaw.com
                                         MZF LAW FIRM, PLLC
                                         610 Brazos Street, Ste. 320

1

Austin, TX 78701
Telephone: (281) 546-5172

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document has been served on counsel of record via the Court's CM/ECF system.

**/s/ Mateo Z. Fowler**
Mateo Z. Fowler